JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

FRANCY GRAHAM, individually and on behalf of all others similarly situated,

             Plaintiff,

    v.

ANDROS FOODS USA, INC.

             Defendant.

Case No. 2:25-cv-03561-AJR

**JUDGMENT**

For the reasons set forth in the Court's Memorandum Decision and Order Granting Motion to Dismiss Without Further Leave to Amend,

IT IS HEREBY ADJUDGED that this action is DISMISSED WITH PREJUDICE.  LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  May 26, 2026

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE